FILED ✓  ENTERED
LODGED

DEC 1 4 2010

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

**Attachment A**
**STATEMENT OF FACTS**

*The parties stipulate and agree that had this case gone to trial, the government would have proven the following facts beyond a reasonable doubt. The parties further stipulate and agree that these facts do not encompass all of the facts which would have been proven at trial.*

On April 29, 2009, law enforcement agents executed a federal search warrant at the residence of Larry Bruce **TWOMBLY**, located at 6603 Westmoreland Avenue, Takoma Park, Maryland. During the search, agents seized **TWOMBLY**'s computer located in **TWOMBLY**'s bedroom. Saved on the hard drive of **TWOMBLY**'s computer were approximately 57 videos and approximately 80 images depicting child pornography. Many of the images and videos were located in directories labeled "/youth/prepubescent" and "/youth/pubescent."

Among the videos found on the hard drive were the following:

- A nine minute fifty-five second video entitled "Showerboys Milkman – Vol 1 – Teen Boys Showering And Jerking Off – PRT PTHC PJK RPV KDV.mpg" which was a compilation depicting approximately six males appearing to be between the ages of 14 and 16. The males were shown showering nude in what appeared to be a public showering facility located near a beach. Four of the males were shown masturbating while showering.

- A four minute five second video entitled "Pedo pubescent Thai 4 boys gay masturbation suck 4.05.mpg" which depicted four males appearing to be between the ages of 10 and 12 lying nude on the floor. The males were shown masturbating and manually stimulating the penises of the other males. One male was additionally shown performing oral sex on another of the males.

- A thirteen second video entitled "Pedo boys masturbate 14 boy fucks & cums on 12 pubescent boy .06.mpg" which depicted a male whose age could not be determined engaged in anal sex with a second male who appeared to be approximately 12 years of age. The first male is shown ejaculating on the second male's genitals.

These images constitute child pornography, as defined in 18 U.S.C. § 2256(8). These images are real individuals known to law enforcement from prior investigations, depict identified minors, and were created outside the state of Maryland.

TWOMBLY knowingly received child pornography that had been transported in interstate or foreign commerce. TWOMBLY also knowingly received and distributed images that constitute child pornography via Yahoo groups and Limewire.

* * * *

I have read this statement of facts, and carefully reviewed it with my attorney. I acknowledge that it is true and correct.

11/29/2010
Date

*Larry Bruce Twombly*
Larry Bruce Twombly

I am Mr. Twombly's attorney. I have carefully reviewed the statement of facts with him.

11/29/2010
Date

Julie Johnson, Esq.